# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gary Lewis Davis

       Plaintiff(s),             JUDGMENT IN A CIVIL CASE

vs.                                     3:06cv25-3

United States of America,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 31, 2006 Order.

Davis v. USA                      Doc. 4

                                     FRANK G. JOHNS, CLERK

February 1, 2006

                                     BY: *Cynthia Huntley*
                                         Cynthia Huntley, Deputy Clerk