# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gary Lewis Davis

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          3:06cv25-3

United States of America,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 31, 2006 Order.

                                               FRANK G. JOHNS, CLERK

February 1, 2006

                                        BY: _____
                                                Cynthia Huntley, Deputy Clerk